# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 17, 2023

**By the Court:**

No. 23-2557

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff - Appellee*,<br><br>v.<br><br>LARRY JONES,<br>    *Defendant - Appellant*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:20-cr-00309-1<br><br>Virginia M. Kendall,<br>    *Judge.* |

**O R D E R**

On consideration of the motion to withdraw filed by counsel for defendant-appellant Larry Jones on August 10, 2023,

IT IS ORDERED that the motion to withdraw will be ruled on at a later date. Attorney Phillip A. Turner is directed to assist the defendant with filing in the district court (and, if denied, in this court) a motion to proceed on appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a). A review of the district court record suggests the defendant filed a motion for attorney representation on August 9, 2023, but failed to attach an original Application for Leave to Proceed *In Forma Pauperis* detailing his financial status.

IT IS FURTHER ORDERED that counsel is to comply with the provisions of Fed. R. App. P. 10(b) regarding the preparation of the transcripts. Counsel must file, no later than August 25, 2023, a status report regarding his compliance with this order.

Briefing is SUSPENDED pending further court order.