# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 17, 2023

**By the Court:**

No. 23-2557

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff - Appellee*,<br><br>v.<br><br>LARRY JONES,<br>*Defendant - Appellant*. | Appeal from the United<br>States District Court for<br>the Northern District of Illinois,<br>Eastern Division.<br><br>No. 1:20-cr-00309-1<br><br>Virginia M. Kendall,<br>*Judge*. |

## O R D E R

A preliminary review of the record on appeal reveals that the notice of appeal filed on August 4, 2023 is not signed by the defendant-appellant Larry Jones or his counsel. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention. Fed. R. App. P. 11(a). This oversight may be corrected by either Larry Jones, or an attorney on his behalf, promptly signing the paper on file or by submitting a duplicate that contains the signature. *Becker v. Montgomery*, 121 S. Ct. 1801, 1806 (2001); *see also Lewis v. Lenc-Smith Mfg. Co.*, 784 F.2d 829 (7th Cir. 1986).

IT IS ORDERED that counsel Phillip A. Turner must file, no later than August 25, 2023, a status report indicating whether Larry Jones, or an attorney on his behalf, has signed the notice of appeal.

The Clerk of the Court of Appeals is directed to transmit a copy of this order to defendant-appellant Larry Jones.

Briefing remains SUSPENDED pending further court order.