# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| United States v. Larry Jones | ND Illinois | 20 CR 00309-1 |
| | District Judge | Court Reporter |
| | Virginia M. Kendall | Gayle McGuigan |

[✓] I am ordering transcript.
[ ] I am not ordering transcript, because: See attachment
[ ] The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:    Date(s)

[ ] Pretrial proceedings. *Specify*: _____    _____
[ ] Voir Dire    _____

Trial or Hearing. *Specify*: _____    _____

[ ] Opening statement    _____
[ ] Instruction conference    _____
[ ] Closing statements    _____
[ ] Court instructions    _____
[ ] Post-trial proceedings. *Specify*: _____    _____
[✓] Sentencing    July 19 and 20, 2023
[ ] Other proceedings. *Specify*: _____    _____

Method of Payment: [ ] Cash    [ ] Check or Money Order    [ ] C.J.A. Voucher
Status of Payment: [ ] Full Payment    [ ] Partial Payment    [ ] No Payment Yet

Signature: *[signature]*
Address: 20 North Clark Street, Suite 3300
Chicago, Illinois

Telephone No. 3128990009
Date: 08182023

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: _____    Date: _____

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

*Original* to Court Reporter. *Copies* to: ● U.S.C.A. Clerk ● Service Copy ● District Court Clerk and to ● Party / Counsel Ordering Transcript.

Attachment to Seventh Circuit Transcript Information Sheet

To: Gayle McGuigan, court report to the Honorable Virginia M. Kendall

I have been directed to assist defendant Larry Jones, case number 20 CR 309-1 and Seventh Circuit Case Number 23-2557, in obtaining the transcript of his sentencing hearing since he has filed a *pro se* appeal. I have attached the order from the Seventh Circuit Court of Appeals. I am also assisting defendant Jones with presenting a motion to proceed *In forma pauperis*. Please contact me with any questions. Thank you for your assistance in this matter. Attorney Phillip A. Turner. Email pturner98@sbcglobal.net and telephone number 312-899-0009.

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 17, 2023

By the Court:

No. 23-2557

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff - Appellee,*<br><br>v.<br><br>LARRY JONES,<br>*Defendant - Appellant.* | Appeal from the United<br>States District Court for<br>the Northern District of Illinois,<br>Eastern Division.<br><br>No. 1:20-cr-00309-1<br><br>Virginia M. Kendall,<br>*Judge.* |

## ORDER

On consideration of the motion to withdraw filed by counsel for defendant-appellant Larry Jones on August 10, 2023,

IT IS ORDERED that the motion to withdraw will be ruled on at a later date. Attorney Phillip A. Turner is directed to assist the defendant with filing in the district court (and, if denied, in this court) a motion to proceed on appeal *in forma pauperis*. See Fed. R. App. P. 24(a). A review of the district court record suggests the defendant filed a motion for attorney representation on August 9, 2023, but failed to attach an original Application for Leave to Proceed *In Forma Pauperis* detailing his financial status.

IT IS FURTHER ORDERED that counsel is to comply with the provisions of Fed. R. App. P. 10(b) regarding the preparation of the transcripts. Counsel must file, no later than August 25, 2023, a status report regarding his compliance with this order.

Briefing is SUSPENDED pending further court order.