# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 23, 2023

**By the Court:**

No. 23-2557

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff - Appellee*,<br><br>v.<br><br>LARRY JONES,<br>*Defendant - Appellant*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:20-cr-00309-1<br><br>Virginia M. Kendall,<br>*Judge.* |

**O R D E R**

On consideration of Status Report filed by attorney Phillip Turner on August 21, 2023,

IT IS ORDERED that attorney Phillip Turner file, on or before September 5, 2023, a further Status Report regarding the filing and disposition of defendant-appellant Larry Jones' motion to proceed on appeal *in forma pauperis*.

Attorney Phillip Turner is reminded that he also needs to order the transcript of defendant-appellant Jones' plea hearing.

Briefing shall continue to be SUSPENDED pending further court order.