# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| United States v. Larry Jones | ND Illinois | 20 CR 00309-1 |
| | District Judge: Virginia M. Kendall | Court Reporter: Gayle McGuigan |

[x] I am ordering transcript.
[ ] I am not ordering transcript, because: See attached
[ ] The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:                                                    Date(s)

[ ] Pretrial proceedings. *Specify:* _____

[ ] Voir Dire

Trial or Hearing. *Specify:* _____

[ ] Opening statement
[ ] Instruction conference
[ ] Closing statements
[ ] Court instructions
[ ] Post-trial proceedings. *Specify:* _____
[ ] Sentencing
[ ] Other proceedings. *Specify:* Guilty plea hearing                              January 19, 2023

Method of Payment: [ ] Cash   [ ] Check or Money Order   [ ] C.J.A. Voucher
Status of Payment: [ ] Full Payment   [ ] Partial Payment   [ ] No Payment Yet

Signature: /s/ Phil A. Turner
Address: 20 North Clark Street, Suite 3300, Chicago, Illinois 60602
Telephone No. 3128990009
Date: 08232023

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: _____   Date: _____

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Original to Court Reporter. Copies to: • U.S.C.A. Clerk • Service Copy • District Court Clerk and to • Party / Counsel Ordering Transcript.

Attachment to Seventh Circuit Transcript Information Sheet

To: Gayle McGuigan, court reporter to the Honorable Virginia M. Kendall

I have been further directed by the Seventh Circuit Court of Appeals to order the guilty plea transcript for defendant Larry Jones, 20 CR 309-1. Attached is a copy of the order from the Seventh Circuit Court of Appeals dated August 23, 2023. It is anticipated that a motion to proceed *In Forma Pauperis* will be filed. Again, thank you for your assistance in this matter. Attorney Phillip A. Turner. Email pturner98@sbcglobal.net and telephone number 312-899-0009.

# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

August 23, 2023

By the Court:

No. 23-2557

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff - Appellee,*<br><br>v.<br><br>LARRY JONES,<br>*Defendant - Appellant.* | Appeal from the United<br>States District Court for<br>the Northern District of Illinois,<br>Eastern Division.<br><br>No. 1:20-cr-00309-1<br><br>Virginia M. Kendall,<br>*Judge.* |

ORDER

On consideration of Status Report filed by attorney Phillip Turner on August 21, 2023,

IT IS ORDERED that attorney Phillip Turner file, on or before September 5, 2023, a further Status Report regarding the filing and disposition of defendant-appellant Larry Jones' motion to proceed on appeal *in forma pauperis*.

Attorney Phillip Turner is reminded that he also needs to order the transcript of defendant-appellant Jones' plea hearing.

Briefing shall continue to be SUSPENDED pending further court order.