# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 7, 2023

**By the Court:**

| | |
|---|---|
| No. 23-2557 | Appeal from the United States District Court for |
| UNITED STATES OF AMERICA,<br>　　　Plaintiff - Appellee, | the Northern District of Illinois, Eastern Division. |
| v. | No. 1:20-cr-00309-1 |
| LARRY JONES,<br>　　　Defendant - Appellant. | Virginia M. Kendall,<br>　　*Judge.* |

**O R D E R**

On consideration of the Status Report filed by Phillip Turner on September 5, 2023,

IT IS ORDERED that attorney Turner file, on or before September 20, 2023, a further status report regarding the filing and disposition of defendant's motion to proceed on appeal *in forma pauperis*.

If the district court has not issued its ruling, counsel should inquire of the district judge when a ruling is expected.

Briefing shall continue to be SUSPENDED pending further court order.