# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 10, 2023

**By the Court:**

| | |
|---|---|
| No. 23-2557 | |
| | Appeal from the United |
| UNITED STATES OF AMERICA, | States District Court for |
| *Plaintiff - Appellee*, | the Northern District of Illinois, Eastern Division. |
| v. | |
| | No. 1:20-cr-00309-1 |
| LARRY JONES, | |
| *Defendant - Appellant*. | Virginia M. Kendall, *Judge.* |

## O R D E R

On consideration of the Status Report filed by Phillip Turner on October 9, 2023,

IT IS ORDERED that attorney Turner file, on or before October 24, 2023, a further status report regarding the filing and disposition of defendant's motion to proceed on appeal *in forma pauperis*.

If the district court has not issued its ruling, counsel should inquire of the district judge when a ruling is expected.

Briefing shall continue to be SUSPENDED pending further court order.