IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    V.                                                       23-2557

LARRY JONES

### STATUS REPORT REGARDING COMPLIANCE WITH THIS COURT'S OCTOBER 10, 2023, ORDER-AMENDED

   Attorney Phillip A. Turner, respectfully submits the following as an amendment to the status report filed October 22, 20203 in compliance with this Court's October 10, 2023, order:

   The status report and the documents described in the report were mailed to Larry Jones at:

Larry Jones # 55044-424  
FCI Pekin  
Federal Correctional Institution  
P.O. Box 5000  
Pekin, Illinois 61555

On Monday, October 23, 2023. October 22, 2023, was a Sunday.

Respectfully submitted,

/s/Phillip A. Turner

Phillip A. Turner

20 North Clark Street, Suite 3300

Chicago, Illinois 60602

312-899-0009

pturner98@sbcglobal.net

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the following documents:

**STATUS REPORT REGARDING COMPLIANCE WITH THIS COURT'S OCTOBER 10, 2023, ORDER-AMENDED**

were served in accordance with this Court's Order on Electronic Case Filing (ECF) and by First Class United States Mail on October 23, 2023, to the following:

Larry Jones # 55044-424
FCI Pekin
Federal Correctional Institution
P.O. Box 5000
Pekin, Illinois 61555

Respectfully submitted,

/s/Phillip A. Turner

Phillip A. Turner

20 North Clark Street, Suite 3300

Chicago, Illinois 60602

312-899-0009

pturner98@sbcglobal.net