# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 24, 2023

**By the Court:**

| | |
|---|---|
| No. 23-2557 | |
| | Appeal from the United |
| UNITED STATES OF AMERICA, | States District Court for |
| *Plaintiff - Appellee*, | the Northern District of Illinois, |
| | Eastern Division. |
| v. | |
| | No. 1:20-cr-00309-1 |
| LARRY JONES, | |
| *Defendant - Appellant*. | Virginia M. Kendall, |
| | *Judge.* |

**O R D E R**

On consideration of the Status Report filed by attorney Phillip Turner on October 22, 2023,

IT IS ORDERED that attorney Turner file, on or before November 7, 2023, a further status report regarding: (1) the filing and disposition of defendant's motion to proceed on appeal *in forma pauperis*; and (2) a status report indicating whether Larry Jones, or an attorney on his behalf, has signed the notice of appeal.

The Clerk of the Court of Appeals is directed to transmit a copy of this order to defendant-appellant Larry Jones.

Briefing shall continue to be SUSPENDED pending further court order.