IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    V.                              23-2557

LARRY JONES

### STATUS REPORT REGARDING COMPLIANCE WITH THIS COURT'S OCTOBER 24, 2023, ORDER

Attorney Phillip A. Turner, respectfully submits this status report in compliance with this Court's October 24, 2023, order:

I have not received any response to the documents sent to Larry Jones regarding the motion to proceed *in forma pauperis*. Also, I have not received any response from Larry Jones regarding the signature or lack of signature on his notice of appeal. In addition to what I sent to Larry Jones, this Court ordered the clerk of the court to send Larry Jones a copy of the October 24, 2023, order.

    Respectfully submitted,

    /s/Phillip A. Turner
    Phillip A. Turner
    20 North Clark Street, Suite 3300
    Chicago, Illinois 60602
    312-899-0009
    pturner98@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the following documents:

**STATUS REPORT REGARDING COMPLIANCE WITH THIS COURT'S OCTOBER 24, 2023, ORDER**

were served in accordance with this Court's Order on Electronic Case Filing (ECF) and by Federal Express on November 8, 2023, to the following:

Larry Jones # 55044-424
FCI Pekin
Federal Correctional Institution
P.O. Box 5000
Pekin, Illinois 61555

    Respectfully submitted,

    /s/Phillip A. Turner

    Phillip A. Turner

    20 North Clark Street, Suite 3300

    Chicago, Illinois 60602

    312-899-0009

    pturner98@sbcglobal.net