No. 23-2557

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| United States, | ) | Appeal from the United States |
| | ) | District Court for the Northern |
| | ) | District of Illinois, Eastern Division |
| Plaintiff-Appellee, | ) | |
| v. | ) | 1:20-cr-00309-1 |
| | ) | |
| Larry Jones, | ) | Honorable Virginia M. Kendall, |
| | ) | Judge Presiding |
| Defendant-Appellant. | ) | |

## MOTION TO SUBSTITUTE

Attorney Debra Loevy, of LOEVY + LOEVY, in accordance with Fed. R. App. P. 27, moves for leave to enter an appearance as substitute counsel on behalf of the Defendant-Appellant, Larry Jones. In support of this Motion, counsel states as follows:

1. On July 24, 2023, Defendant-Appellant Larry Jones pled guilty to two counts in the indictment against him and was sentenced to one hundred eighty-eight months' incarceration on each, to run concurrently. Dist. Ct. R.E. 206. This case relates to his appeal of that sentence.

2. Defendant-Appellant is currently represented by his counsel from the district court proceedings, attorney Phillip Turner.

3. Attorney Turner has filed a motion to withdraw as counsel. Dockt. 2.

4.     This Court directed Attorney Turner to assist Defendant-Appellant with the preliminaries of his appeal before it would grant him leave to withdraw. Dockt. 3.

5.     To date, Attorney Turner has not facilitated compliance with this Court's Orders: (a) to correct Appellant's signature on the notice of appeal (Dockt. 4); (b) to file a completed in forma pauperis affidavit (Dockt. 7); (c) to comply with Fed. R. App. P. 10(b), regarding the preparation of transcripts (Dockt. 3, 7; *see* Dockt. 8-1, failing to list transcription dates required); and (d) to file the Docketing Statement (Dockt. 9).

6.     Counsel Loevy seeks leave to appear on behalf of Defendant-Appellant and respectfully requests seven days to remedy the deficiencies in this appeal.

WHEREFORE, Debra Loevy respectfully requests leave to file a substitute appearance on behalf of Defendant-Appellant Larry Jones and asks for seven days to file: a corrected notice of appeal; a completed in forma pauperis affidavit; and a Docketing Statement; and to comply with Fed. R. App. P. 10(b).

DATED: November 9, 2023          Respectfully submitted,

s/ Debra Loevy

Debra Loevy

Debra Loevy
Loevy + Loevy
311 N. Aberdeen, 3rd floor
Chicago, IL  60607
(312) 243-5900

No. 23-2557

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| United States, | ) | Appeal from the United States |
| | ) | District Court for the Northern |
| | ) | District of Illinois, Eastern Division |
| Plaintiff-Appellee, | ) | |
| v. | ) | 1:20-cr-00309-1 |
| | ) | |
| Larry Jones, | ) | Honorable Virginia M. Kendall, |
| | ) | Judge Presiding |
| Defendant-Appellant. | | |

### DECLARATION OF DEBRA LOEVY

I, Debra Loevy, under penalty of perjury as provided by 28 U.S.C. § 1746, declare that the following is true and correct:

1. I am one of the attorneys seeking to represent Defendant-Appellant in the appeal in this matter.

2. The motion to substitute and request for an extension of time to file the required appeal documents is necessary because counsel has been occupied and will remain occupied with other professional obligations, including preparing the opening brief in *People v. Buck*, Case No. 4-22-0386 (Ill. 4th Dist.) (due November 9, 2023) and serving as Executive Director of the Exoneration Project.

3. All statements in the foregoing counsel's motion to substitute are true and correct.

EXECUTED ON November 9, 2023

/s/ Debra Loevy

## CERTIFICATE OF SERVICE

  I, Debra Loevy, hereby certify that I served the foregoing on November 8, 2023, using the CM/ECF system, which effected service on all counsel of record for the Government and present defense counsel.

DATED: November 9, 2023

                RESPECTFULLY SUBMITTED,

                /s/ Debra Loevy
                Debra Loevy

Debra Loevy
LOEVY & LOEVY
311 North Aberdeen St., 3rd Fl.
Chicago, Illinois 60607
(312) 243-5900