IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    V.                                                  23-2557

LARRY JONES

## **AMENDED STATUS REPORT REGARDING COMPLIANCE WITH THIS COURT'S OCTOBER 24, 2023, ORDER**

Attorney Phillip A. Turner, respectfully submits this amended status report in compliance with this Court's October 24, 2023, order:

An appearance has been filed by an attorney in this Court. Since Larry Jones is now represented by counsel, attorney Phillip A. Turner will not send any documents to Larry Jones. The last status report was sent to Larry Jones by Express United States Mail since Federal Express does not deliver to post office boxes. Attorney Phillip A. Turner renews his request to withdraw.

                                      Respectfully submitted,

                                      /s/Phillip A. Turner

                                      Phillip A. Turner

                                      20 North Clark Street, Suite 3300

                                      Chicago, Illinois 60602

                                      312-899-0009

                                      pturner98@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the following documents:

**AMENED STATUS REPORT REGARDING COMPLIANCE WITH THIS COURT'S OCTOBER 24, 2023, ORDER**

were served in accordance with this Court's Order on Electronic Case Filing (ECF)

Respectfully submitted,

/s/Phillip A. Turner

Phillip A. Turner

20 North Clark Street, Suite 3300

Chicago, Illinois 60602

312-899-0009

pturner98@sbcglobal.net