# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

March 25, 2024

**By the Court:**

No. 23-2557

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff - Appellee*,<br><br>v.<br><br>LARRY JONES,<br>    *Defendant - Appellant*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:20-cr-00309-1<br><br>Virginia M. Kendall,<br>    *Judge.* |

**O R D E R**

On consideration of the Status Report filed by attorney Debra Loevy on March 22, 2024, and the Appearance & Circuit Rule 26.1 Disclosure Statement and Consent Regarding Substitution of Counsel filed by attorney Allan Ackerman on March 22, 2024,

IT IS ORDERED that Attorney Ackerman is SUBSTITUTED as retained counsel for defendant-appellant Larry Jones in this appeal in place of attorney Debra Loevy.

IT IS FURTHER ORDERED that this appeal shall proceed to briefing. The briefing schedule is as follows:

1. The defendant-appellant shall file his brief and required short appendix on or before May 6, 2024.

2. The plaintiff-appellee shall file its brief on or before June 5, 2024.

-over-

No. 23-2557                                                                                          -Page 2-

3. The defendant-appellant shall file his reply brief, if any, on or before June 26, 2024.

**Important Scheduling Notice!**
**Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case.** *See* **Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances.** *See* **Cir. R. 34(b)(4), (e).**